## McHUGH *v.* ASTROPHE.

*(City Court of New York, General Term. November 25, 1892.)*

Appeal from special term.

Action by Sarah McHugh, as executrix of the last will and testament of Allain Magory, otherwise known as Alan Magoric, against Jules Astrophe, as executor of the last will and testament of Louise Manignet, otherwise Astrophe, deceased. Astrophe was substituted as defendant on an order of interpleader, and from an order requiring him to give security for costs he appeals. Reversed.

Argued before EHRLICH, C. J., and FITZSIMONS and NEWBURGER, JJ.

*Booream, Hamilton & Bechett*, for appellant. *E. B. Morel*, for respondent.

EHRLICH, C. J. On the opinion filed this day upon deciding the appeal from the order of Judge FITZSIMONS, (20 N. Y. Supp. 877,) the order appealed from will be reversed, without costs. All concur.